THEODORE MURNICK AND MAXINE MURNICK, HIS WIFE, PLAINTIFFS-APPELLANTS, v. CITY OF ASBURY PARK, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Submitted October 25, 1983—Decided December 12, 1983.

Before Judges BOTTER, PRESSLER and O'BRIEN.

*Hannoch, Weisman, Stern, Besser, Berkowitz & Kinney, P.A.,* for appellants (*Carl G. Weisenfeld* and *Paul H. Brownstein,* of counsel and on the brief).

*Rosenblum & Rosenblum,* for respondent (*Edward G. Rosenblum,* of counsel and on the brief).

PER CURIAM.

The judgment appealed from is affirmed substantially for the reasons stated in Judge Andrew's reported opinion, 5 N.J.Tax 406 (1983).